UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

           Plaintiff,

    v.

ONLY FANS,

           Defendant.

Case No. C25-1265-JNW

ORDER

        Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

        (1) The Court ADOPTS the Report and Recommendation;

        (2) Plaintiff's Motion to Proceed IFP, Dkt. 1, is DENIED.  Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be dismissed;

        (3) The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

        (4) The Clerk is directed to send copies of this Order to the parties and to Judge

ORDER - 1

1 | Vaughan.

2 | Dated this 22nd day of August, 2025.

_____
JAMAL N. WHITEHEAD
United States District Judge

ORDER - 2