UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON, | CASE NO. 2:25-cv-01265-JNW |
| Plaintiff, | ORDER |
| v. | |
| ONLY FANS, | |
| Defendant. | |

On August 22, 2025, the Court adopted U.S. Magistrate Judge S. Kate Vaughan's Report and Recommendation, recommending that this case be dismissed for failure to pay the filing fee. Dkt. No. 7. The Court warned that it would dismiss the case without prejudice if the filing fee was not paid by September 22, 2025. *Id.* Plaintiff failed to pay the filing fee by the deadline. Accordingly, the Court DISMISSES this case without prejudice. The Clerk of the Court is directed to CLOSE this case.

ORDER - 1

Dated this 25th day of September, 2025.

                                    Jamal N. Whitehead
                                    United States District Judge

ORDER - 2